# EXHIBIT C

**Oliveira, Sean J.**

---

| | |
|---|---|
| **From:** | Oliveira, Sean J. |
| **Sent:** | Friday, September 23, 2022 11:48 AM |
| **To:** | joe@ott.law; mark@ott.law |
| **Cc:** | Todd, Eric A. |
| **Subject:** | Steve Blumfelder v. ACE American Insurance Company; State Case No. 22SL-CC03775; Federal Case No. 4:22-cv-00999-RLW |
| **Attachments:** | ACE Rules.pdf; Arbitration Agreement Signed.pdf; AAA-Employment-Rules-Web.pdf |

Good Morning,

We hope this email finds you well. We represent ACE American Insurance Company (misidentified in the original Petition as Chubb Insurance Solutions Agency, Inc.) in the above referenced action recently removed to federal court. Mr. Blumfelder signed a binding arbitration agreement upon accepting his employment with ACE in 2015 (attached). Please let us know whether your client will abide by his agreement and submit his claims to arbitration after reviewing the attached documents. I am happy to discuss this matter if you wish.

Thank you,

Sean

## Oliveira, Sean J.

| | |
|---|---|
| **From:** | Oliveira, Sean J. |
| **Sent:** | Wednesday, September 28, 2022 4:28 PM |
| **To:** | joe@ott.law; mark@ott.law |
| **Cc:** | Todd, Eric A. |
| **Subject:** | RE: Steve Blumfelder v. ACE American Insurance Company; State Case No. 22SL-CC03775; Federal Case No. 4:22-cv-00999-RLW |

Just checking in again.  We have not heard back from you.

Sincerely,

Sean

---

**From:** Oliveira, Sean J.
**Sent:** Friday, September 23, 2022 11:48 AM
**To:** joe@ott.law; mark@ott.law
**Cc:** Todd, Eric A. <Eric.Todd@ogletreedeakins.com>
**Subject:** Steve Blumfelder v. ACE American Insurance Company; State Case No. 22SL-CC03775; Federal Case No. 4:22-cv-00999-RLW

Good Morning,

We hope this email finds you well. We represent ACE American Insurance Company (misidentified in the original Petition as Chubb Insurance Solutions Agency, Inc.) in the above referenced action recently removed to federal court. Mr. Blumfelder signed a binding arbitration agreement upon accepting his employment with ACE in 2015 (attached). Please let us know whether your client will abide by his agreement and submit his claims to arbitration after reviewing the attached documents. I am happy to discuss this matter if you wish.

Thank you,

Sean